IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:10-CR-77-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| GREGORY ANTONIO MCKOY, | ) | |
| | ) | |
| Defendant. | ) | |

On May 13, 2013, Gregory Antonio McKoy moved to alter this court's judgment of April 22, 2013. See [D.E. 46]; cf. [D.E. 44]. On May 10, 2017, McKoy filed a motion for redaction of his sentencing hearing transcript. See [D.E. 55].

The motion to alter the judgment lacks merit for the reasons stated in this court's order of April 22, 2013. The motion for redaction also lacks merit.

In sum, the motions [D.E. 46, 55] are DENIED. The court DENIES a certificate of appealability concerning the motion to alter this court's judgment. See 28 U.S.C. § 2253(c); Miller-El v. Cockrell, 537 U.S. 322, 336–38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000).

SO ORDERED. This the 21 day of June 2017.

JAMES C. DEVER III
Chief United States District Judge