UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:10-CR-77-D-1

UNITED STATES OF AMERICA

v.

GREGORY ANTONIO MCKOY

ORDER TO SEAL

On motion of the Defendant, Gregory Antonio McKoy, and for good cause shown, it is hereby ORDERED that **DE 100** be sealed until further notice by this Court.

IT IS SO ORDERED.

This 25 day of November, 2020.

JAMES C. DEVER III
United States District Judge